# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 0568 | **DATE** | 3/7/2011 |
| **CASE TITLE** | Chicago Tribune Company vs. University of Illinois Board of Trustees | | |

**DOCKET ENTRY TEXT**

Enter Order.  Plaintiff Chicago Tribune Company's motion for summary judgment [14] is granted.  Defendant University of Illinois Board of Trustees' motion for summary judgment [17] is denied.  Judgment entered for plaintiff.  Civil case terminated.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | RJ/JK |
|---|---|---|